Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

ATHENEX PHARMA SOLUTIONS, LLC,          **JUDGMENT IN A CIVIL CASE**
ATHENEX PHARMACEUTICAL                  CASE NUMBER: 18-CV-896-GWC
DIVISION, LLC,
                    Plaintiffs,

        v.

PAR PHARMACEUTICAL, INC.,
PAR STERILE PRODUCTS, LLC,
ENDO PAR INNOVATION COMPANY, LLC,

                    Defendants.


☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that this action is dismissed for lack of subject matter jurisdiction.


Date: July 10, 2019                     MARY C. LOEWENGUTH
                                        CLERK OF COURT

                                        By: s/K.McMillan
                                            Deputy Clerk